| UNITED STATES BANKRUPTCY COURT | Hearing Date: 07/28/2016 |
|---|---|
| WESTERN DISTRICT OF NEW YORK | Time: 10:00 AM |

-------------------------------------------------------------x

In re:                                                    Case No. 15-20819-PRW

    KIM M. GILES, a/k/a Kim M. Eisenman            Chapter 7
    a/k/a Kim Marie, f/k/a Kim M. Sargent

Address: 314 Meadowbrook Parkway E
              Horseheads, New York 14845
SSN/Tax ID: xxx-xx-6417
-------------------------------------------------------------x

**NOTICE OF OBJECTION TO (a) TRUSTEE'S FINAL REPORT AND ACCOUNT,
(b) APPLICATION FOR COMPENSATION AND EXPENSES, and (c) ALLOWANCE
OF ADMINISTRATIVE EXPENSES PAID BY THE TRUSTEE**

Kim M. Giles (the "debtor"), by and through her counsel, Legal Assistance of Western New York, Inc., has filed papers with the Court objecting to (a) Trustee's final report and account, (b) Application for compensation and expenses, and (c) Allowance of administrative expenses paid by the Trustee ("Objection").

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

Pursuant to the Rules of the Bankruptcy Court for the Western District of New York, any opposition to the Objection must be filed with the Clerk of the Bankruptcy Court in writing no later than Three (3) business days prior to the hearing date of the Objection notwithstanding the December 1, 2009 Amendments to FRBP 9006(a). Copies of any opposition must also be served upon the debtor, debtor's counsel and the U.S. Trustee. A hearing will take place before the Honorable Paul R. Warren, United States Bankruptcy Judge, at 100 State Street, Room 1550, Rochester, New York 14614 on July 28, 2016 at 10:00 AM.

1

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter and Order granting that relief. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Dated: Elmira, New York
       July 22, 2016

**Legal Assistance of Western New York, Inc.**
*Attorneys for Debtor Kim M. Giles*

/s/ Matthew S. Mansfield
Matthew S. Mansfield, Esq.
Staff Attorney
215 E Church St, Suite 301
Elmira, New York 14901
Tel: 607-734-1647; Fax: 607-734-1018
Email: mmansfield@lawny.org