# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Kim M Giles
     aka Kim M Eisenman, aka Kim Marie, fka Kim M Sargent

                  Debtor(s)

Case No.: 2–15–20819–PRW
Chapter: 7

SSN: xxx–xx–6417

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # *38* – Motion Objecting to Claim(s). Claim Number(s) 1. Claim(s) filed by Southern Tier Health Care Credit. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D) Filed on behalf of Debtor Kim M Giles (Mansfield, Matthew)

**MISSING OR INCOMPLETE:**

[ ] Amendment is missing: [ ] Cover Sheet; [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities
    [ ] File as: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
    [ ] File as: Bankruptcy > Other > Cover Sheet.
    [ ] File as: Bankruptcy > Other > Certificate of Service.

[ ] Signature or Electronic Equivalent is missing from

[ ] Incorrect Case Number is identified on the pdf.

[ ] Hearing Information is improper: [ ] Date; [ ] Time; [ ] Location.

[ X ] Certificate of service is incomplete. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.** Please note that the Debtor must be served with the motion papers.

[ ] Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.**

[ ] Official Form 423 is missing. Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **File as: Bankruptcy > Other > Financial Management Course**.

[ ] Per Chambers, Need proof of mortgage recording or lien perfection.

[ ] Other:

[ ] **File as:**

**ADDITIONAL INFORMATION:** The deficiencies noted above must be corrected.

[ X ] This motion **WILL** be considered by the Court.

[ ] File as: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.

Date: August 9, 2016

                                              Lisa Bertino Beaser
                                              Clerk of the Bankruptcy Court

                                              By: L. Lawson
                                                  Deputy Clerk

Form defygen/Doc 40
www.nywb.uscourts.gov