UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                        Case No. 15-20819-PRW

    KIM M. GILES, a/k/a Kim M. Eisenman      Chapter 7
    a/k/a Kim Marie, f/k/a Kim M. Sargent

Address: 314 Meadowbrook Parkway E
        Horseheads, New York 14845
SSN/Tax ID: xxx-xx-6417
------------------------------------------------------------x



FILED OCT - 3 2016 BANKRUPTCY COURT ROCHESTER, N.Y.

## ORDER RESOLVING OBJECTION TO CLAIM #1 OF
## SOUTHERN TIER HEALTH CARE CREDIT

There having been no opposition to the herein objection to the claim of Southern Tier Health Care Credit (ECF Claim #1) in the amount of $2,610.70 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

**ORDERED** the claim is:

__X__    DISALLOWED

_____    ALLOWED AS TIMELY FILED CLAIM IN THE AMOUNT OF $_____

_____    ALLOWED AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____

_____    OTHER (Complete is applicable)

Dated: Oct 3, 2016
Rochester, New York

                                **Honorable Paul R. Warren**
                                **United States Bankruptcy Judge**